IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE L. DAVIS,

     Plaintiff,                    No. CIV S-11-1027 CKD P

   vs.

SAC. CO. JAIL, et al.,

     Defendants.          ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.

        On January 23, 2012, plaintiff filed a motion for leave to amend his complaint. Plaintiff's motion was not, however, accompanied by a proposed amended complaint. As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915. Since plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it. Plaintiff's motion for leave to amend must therefore be denied.

////

////

////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to
2  amend (Docket No. 35) is denied.

3   Dated: January 26, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
davi1027.10b