1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TERRENCE L. DAVIS,

11           Plaintiff,                    No. CIV S-11-1027 CKD P

12       vs.

13   SAC. CO. JAIL, et al.,

14           Defendants.            <u>ORDER</u>

15   _____/

16           Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil

17   rights action seeking relief pursuant to 42 U.S.C. § 1983.

18           On January 23, 2012, plaintiff filed a motion for leave to amend his complaint.

19   Plaintiff's motion was not, however, accompanied by a proposed amended complaint.  As a

20   litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court

21   pursuant to the in forma pauperis statute.  <u>See</u> 28 U.S.C. § 1915.  Since plaintiff did not submit a

22   proposed amended complaint, the court is unable to evaluate it.  Plaintiff's motion for leave to

23   amend must therefore be denied.

24   ////

25   ////

26   ////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to amend (Docket No. 35) is denied.

 Dated: January 26, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
davi1027.10b