UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

TERRENCE L. DAVIS,

        Plaintiff,                No. CIV S-11-1027 CKD P

vs.

SAC. CO. JAIL, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

/

      Terrence Lamont Davis, inmate # AE1232, a necessary and material witness in proceedings in this case on May 2, 2012, is confined in California State Prison - Corcoran, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Carolyn K. Delaney, to appear by telephonic conferencing at California State Prison - Corcoran, May 2, 2012, at 10:00 a.m..

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3. The Clerk of the Court is directed to fax a courtesy copy of this order and writ of habeas corpus ad testificandum on the California State Prison - Corcoran Litigation Coordinator at (559) 992-7372.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison - Corcoran, 4001 King Avenue, P.O. Box 8800, Corcoran, California 93212-8309:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: April 19, 2012

                                                               _____
                                                               CAROLYN K. DELANEY
                                                               UNITED STATES MAGISTRATE JUDGE

/kly
davi1027.841lkktch