IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE LAMONT DAVIS,

    Plaintiff,     No. CIV S-11-1027 CKD P

  vs.

SACRAMENTO COUNTY JAIL, et al.,

    Defendants.    ORDER

_____/

    On March 15, 2012, the U.S. Marshal filed a request for an order directing defendant Woodward to reimburse the Marshal for fees related to service of process. The court accepts the representation by counsel for defendants that Woodward was not employed by the Sacramento County Sheriff's Department when an employee of the Department accepted service on Woodward's behalf. That being the case, service was not proper. See Fed. R. Civ. P. 4(e). In light of the foregoing, IT IS HEREBY ORDERED that the March 15, 2012 request by the U.S. Marshal for an order of reimbursement for fees related to service of process on defendant Woodward is denied.

Dated: May 7, 2012

*Carolyn K. Delaney*
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/davi1027.tax