IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE LAMONT DAVIS,

        Plaintiff,                No. 2:11-cv-1027-WBS CKD P

    vs.

SACRAMENTO COUNTY JAIL, et al.,

        Defendants.          <u>ORDER</u>

        On July 26, 2012, plaintiff filed a request for reconsideration of the magistrate judge's order filed May 29, 2012 denying plaintiff's motion for appointment of counsel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 29, 2012 is affirmed. Plaintiff's request for appointment of counsel is denied without prejudice.

DATED: August 3, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE