1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TERRENCE LAMONT DAVIS,

11              Plaintiff,                    No.  2:11-cv-1027 WBS CKD P

12        vs.

13   SACRAMENTO COUNTY JAIL, et al.,

14              Defendant.              ORDER

15   _____/

16              Plaintiff is a California prisoner proceeding pro se with an action for violation of

17   civil rights under 42 U.S.C. § 1983.  Plaintiff's remaining claims arise from events occurring

18   April 22, 2010 while plaintiff was incarcerated at the Sacramento County Jail.  Plaintiff claims

19   that on that day, defendants caused plaintiff to suffer injuries including "head trauma."

20              On June 27, 2012, defendants served a subpoena on the litigation coordinator at

21   plaintiff's current place of incarceration, California State Prison, Corcoran, for any medical

22   records pertaining to plaintiff which were generated since April 22, 2010.  Plaintiff has filed a

23   motion to quash the subpoena.  He argues that any medical records in the possession of anyone at

24   the California Department of Corrections and Rehabilitation (CDCR) are not relevant in this

25   action since he was not transferred to CDCR until July 7, 2010.

26   /////

1

1        Generally speaking, defendants are entitled to discover any evidence relevant to

2    the pending claims.  Fed. R. Civ. P. 26(b)(1).  It appears plaintiff's medical records created since

3    the date of the incident at issue are relevant in determining the extent of plaintiff's injuries.

4    Furthermore, there may be information in plaintiff's CDCR medical records concerning the

5    events at issue themselves as it is at least possible that CDCR medical staff would obtain medical

6    records from the Sacramento County Jail in order to provide plaintiff with appropriate medical

7    care.

8        Accordingly, IT IS HEREBY ORDERED that plaintiff's August 2, 2012 motion

9    to quash the subpoena served by counsel for defendants on June 27, 2012 upon the litigation

10   coordinator at California State Prison, Corcoran is denied.

11   Dated: September 13, 2012

12

13   CAROLYN K. DELANEY
     UNITED STATES MAGISTRATE JUDGE

14

15   1
16   davi1027.mtq

17

18

19

20

21

22

23

24

25

26