IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE LAMONT DAVIS,

    Plaintiff,                      No. 2:11-cv-1027 WBS CKD P

    vs.

SACRAMENTO COUNTY JAIL, et al.,

    Defendant.                  <u>ORDER</u>

        Plaintiff has filed a motion asking that the court compel further responses to discovery requests. The deadline for filing motions to compel was September 21, 2012. Dkt. No. 64. Because plaintiff fails to provide an adequate justification for filing his motion late or for failing to obtain an extension of the deadline, the motion (Dkt. No. 88) is denied.

Dated: December 19, 2012

                                                          CAROLYN K. DELANEY
                                                          UNITED STATES MAGISTRATE JUDGE

1
davi1027.mtc