IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE LAMONT DAVIS,

    Plaintiff,                    No. 2:11-cv-1027 WBS CKD P

vs.

SACRAMENTO COUNTY JAIL, et al.,

    Defendants.                <u>ORDER</u>

                            /

       The dispositive motion filing deadline expired on December 14, 2012.  (Dkt. No. 64.)  Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before March 1, 2013.  Defendants shall file their pretrial statement on or before March 15, 2013.  The parties are advised that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action.   The parties should refer to Local Rule 281 and the court's June 6, 2012 order to identify the necessary contents of pretrial statements in this district.

Dated: January 2, 2013

                                                  _/s/ Carolyn K. Delaney_
                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE

1/davi1027.pts