1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TERRENCE LAMONT DAVIS,                No.  2:11-cv-1027 TLN CKD P

12             Plaintiff,

13        v.                               FINDINGS AND RECOMMENDATIONS

14   SACRAMENTO COUNTY JAIL, et al,

15             Defendants.

16

17        By order filed April 16, 2013, the court directed plaintiff to file his pretrial statement on or

18   before May 16, 2013.  Plaintiff has not filed his pretrial statement.  Accordingly, IT IS HEREBY

19   RECOMMENDED that this action be dismissed without prejudice.  See Fed. R. Civ. P. 41(b).

20        These findings and recommendations are submitted to the United States District Judge

21   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

22   after being served with these findings and recommendations, any party may file written

23   objections with the court and serve a copy on all parties.  Such a document should be captioned

24   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

25   shall be served and filed within fourteen days after service of the objections.  The parties are

26   /////

27   /////

28   /////

                                           1

1    advised that failure to file objections within the specified time may waive the right to appeal the

2    District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3    Dated:  May 29, 2013

4                                                            _____
                                                            CAROLYN K. DELANEY
5                                                            UNITED STATES MAGISTRATE JUDGE

6

7

8

9    1
     davi1027.fpt
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    2