# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

TERRENCE LAMONT DAVIS,         No. 2:11-cv-1027 TLN CKD P

       Plaintiff,

  vs.

SACRAMENTO COUNTY JAIL, et al.,    **ORDER & WRIT OF HABEAS CORPUS**

      Defendants.       **AD TESTIFICANDUM**

_____/

      Terrence Lamont Davis, CDCR # AE-1232, a necessary and material witness in a settlement conference in this case on October 10, 2013, is confined in California State Prison, Corcoran (CSP-COR), 4001 King Avenue, Corcoran, California 93212, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, Courtroom #9, 501 I Street, Sacramento, California 95814, on Thursday, October 10, 2013 at 1:00 p.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Craig M. Kellison; and

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CSP-COR, P. O. Box 8800, Corcoran, California 93212:**

      **WE COMMAND** you to produce the inmate named above to testify before Judge Kellison at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

 Dated: August 28, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE