UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE LAMONT DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY JAIL, et al.,<br><br>Defendants. | No. 2:11-cv-1027 TLN CKD P<br><br><br><br>ORDER |

The record in this action reveals that a settlement agreement has been reached by the parties. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a stipulation of dismissal within 90 days of this order; and

2. If the stipulation cannot be filed within 90 days, plaintiff shall file a request for an extension of time before the expiration of the deadline.

Dated: October 11, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
davi1027.dis