UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE LAMONT DAVIS, | No. 2:11-cv-1027 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY JAIL, et al., | |
| Defendants. | |

The record in this action reveals that a settlement agreement has been reached by the parties.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a stipulation of dismissal within 90 days of this order; and

2. If the stipulation cannot be filed within 90 days, plaintiff shall file a request for an extension of time before the expiration of the deadline.

Dated: October 11, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
davi1027.dis